**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | §<br>§<br>§ | MDL No. _______ |

# MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to 28 USC § 1407 and Rule 7.2(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Movants[1] respectfully request transfer and coordination for pretrial purposes of all currently filed cases identified in the included Schedule of Actions ("Actions"), as well as any cases subsequently filed involving similar facts or claims ("tag along cases"), to the United States District Court for the Southern District of Illinois. There are twenty-one (21) actions pending in ten (1) different judicial districts in the United States alleging similar wrongful conduct on the part of Defendants, and the Southern District of Illinois has more actions pending than any other judicial district with eight (8) actions currently on file.

Transfer for pretrial consolidation and coordination is proper and necessary for the following reasons:

1. These Actions allege numerous causes of action relating to a defective drug, Xarelto®,

[1] The Movants include the following plaintiffs with cases currently on file in the United States District Court for the Southern District of Illinois: *Mary K. Lemp and Charles Lemp, Jr. v. Janssen Research & Development LLC, et al.*, Case No. 3:14-cv-00987 (SDIL); *Dorothy Leach v. Janssen Research & Development LLC, et al.*, Case No. 3:14-cv-00989 (SDIL); *William Haney v. Janssen Research & Development LLC, et al.*, Case No. 3:14-cv-00988 (SDIL); *Stanley Pennell and Nancy Pennell v. Janssen Research & Development LLC, et al.*, Case No. 3:14-cv-01040 (SDIL); *Martha McMunn on behalf of Richard McMunn, Jr. v. Janssen Research & Development LLC, et al.*, Case No. 3:14-cv-01042 (SDIL); *Michael Mulroney v. Janssen Research & Development LLC, et al.*, Case No. 3:14-cv-01073 (SDIL).

manufactured by the Defendants. The claims include, but are not limited to, failure to warn, design defect, manufacturing defect, breach of warranty, and claims associated with conduct that imposes liability with the marketing and sales of Xarelto®.

2. There are currently twenty-one (21) actions pending in ten (10) district courts asserting similar claims, with eight (8) of the twenty-one (21) actions pending in the Southern District of Illinois. In particular, cases have been filed in the Southern District of Illinois, Eastern District of New York, Northern District of Florida, Western District of Kentucky, Southern District of West Virginia, Eastern District of Kentucky, Southern District of Florida, District of Utah, Eastern District of Louisiana and District of Vermont. Upon information and belief, Counsel for Plaintiff anticipate that thousands of additional complaints will be filed in the near future.

3. Each of these Actions arise out of the same or similar nucleus of operative facts, and all arise out of the same or similar alleged wrongful conduct.

4. Each of these Actions will involve the resolution of the same or similar questions of fact and law, as they all arise from Defendants' same and similar wrongful conduct.

5. Discovery conducted in each of these Actions will be substantially similar and will involve the same documents and witnesses, because each Action arises from the same or similar nucleus of operative facts.

6. No discovery has commenced in any of the filed actions. Therefore, no prejudice or inconvenience will result from the transfer, coordination and consolidation of the related Actions to the Southern District of Illinois.

For the reasons stated above, as well as in more detail in the accompanying Brief in Support, the transfer, coordination and consolidation of the Actions and subsequent tag along cases to the Southern District of Illinois will promote and efficient administration of the Actions.

Accordingly, Plaintiff respectfully requests that the actions noted on the annexed Schedule of Actions be transferred to the Southern District of Illinois for consolidation and coordinated proceedings.

Date: October 9, 2014

Respectfully submitted,

/s/ *Roger C. Denton*

Roger C. Denton
SCHLICHTER, BOGARD & DENTON, LLP
100 S. 4th Street, Suite 900
St. Louis, MO 63102
Telephone: 314-621-6115
Facsimile: 314-621-7151
Email: rdenton@uselaws.com

**COUNSEL FOR PLAINTIFFS IN THE FOLLOWING ACTIONS:**

Case No. 3:14-cv-00987-SMY-SCW; *Mary K. Lemp and Charles Lemp, Jr. v. Janssen Research & Development LLC, et al.*; In the United States District Court for the Southern District of Illinois

Case No. 3:14-cv-00989-SMY-PMF; *Dorothy Leach v. Janssen Research & Development LLC, et al.*; In the United States District Court for the Southern District of Illinois

Case No. 3:14-cv-00988-SMY-PMF; *William F. Haney v. Janssen Research & Development LLC, et al.*; In the United States District Court for the Southern District of Illinois

Case No. 3:14-cv-01040-MJR-SCW; *Stanley Pennell and Nancy Pennell v. Janssen Research & Development LLC, et al.*; In the United States District Court for the Southern District of Illinois

Case No. 3:14-cv-01042-DRH-PMF; *Martha McMunn on behalf of Richard McMunn, Jr. v. Janssen Research & Development LLC, et al.*; In the United States District Court for the Southern District of Illinois

Case No. 3:14-cv-01073-MJR-DGW; *Michael Mulroney v. Janssen Research & Development LLC, et al.*; In the United States District Court for the Southern District of Illinois